# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: SYNCHRONY FINANCIAL DERIVATIVE LITIGATION | Civil Action No. 3:19-cv-00130-VAB<br><br>December 4, 2020 |

## ORDER GRANTING JOINT MOTION TO STAY CASE

Upon consideration of the Joint Motion to Stay Case filed by plaintiffs Jeffrey Gilbert and Maureen Aldridge ("Plaintiffs"), nominal defendant Synchrony Financial ("Synchrony"), and defendants Margaret M. Keane, Brian D. Doubles, Paget L. Alves, Arthur W. Coviello, Jr., William W. Graylin, Roy A. Guthrie, Richard C. Hartnack, Jeffrey G. Naylor, Laurel J. Richie, and Olympia J. Snowe (collectively, the "Individual Defendants," and together with Synchrony, the "Defendants"), it is hereby ORDERED that:

1. The parties' Motion is GRANTED.

2. In the interests of judicial economy and preserving the resources of the parties and the Court, all proceedings in the above-captioned actions (the "Derivative Actions") are stayed pending final resolution of the related action captioned *In re: Synchrony Financial Securities Litigation*, Case No. 3:18-cv-01818 (the "Securities Class Action"), including any related appeals, except as expressly provided below:

    a. Defendants shall promptly notify Plaintiffs of any derivative action of which they become aware ("Related Derivative Action") that asserts allegations that are substantially similar to the allegations made in the Derivative Actions.

    b. If a Related Derivative Action is not stayed for a similar or longer duration and under similar terms, or for good cause, Plaintiffs may lift the stay in the

Derivative Actions by providing 15 days' notice to Defendants' undersigned counsel by way of email. If such notice is provided, Defendants expressly reserve the right to seek a further stay of proceedings.

c. During the pendency of the stay, Plaintiffs may file amended complaints. Defendants shall be under no obligation to respond to any amended complaint while the Derivative Actions are stayed.

d. During the pendency of the stay, Defendants shall include Plaintiffs in any mediation with the parties in the Securities Class Action, and shall include Plaintiffs in any mediation or formal settlement discussions in any Related Derivative Action.

e. During the pendency of the stay, Defendants shall, subject to entry of a suitable protective order, provide Plaintiffs with any written discovery produced in the Securities Class Action or in any Related Derivative Action filed in this Court, within 30 days of (i) such production, or (ii) entry of a suitable protective order, whichever is later. Defendants shall also, subject to entry of a suitable protective order, provide Plaintiffs with any documents that were or are provided to a Synchrony shareholder who files a Related Derivative Action in this Court, within 30 days of (i) the filing of any such action, or (ii) entry of suitable protective order, whichever is later.

IT IS SO ORDERED.

Dated: December 4, 2020

                                              /s/Victor A. Bolden
                                   HON. VICTOR A. BOLDEN UNITED STATES DISTRICT JUDGE