UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JEFFREY GILBERT
Plaintiffs

Case No. 3:19-CV-130 VAB

MAUREEN ALDRIDGE
Consol Plaintiff
v.

MARGARET M KEANE,
BRIAN D DOUBLES,
PAGET L ALVES,
ARTHUR W COVIELLO, JR.,
WILLIAM W GRAYLIN,
ROY A. GUTHRIE,
RICHARD C HARTNACK,
JEFFREY G NAYLOR,
LAUREL J RICHIE,
OLYMPIA J. SNOWE,
Defendants

SYNCHRONY FINANCIAL
Nominal Defendant

JUDGMENT

This matter came on for consideration before the Honorable Victor A. Bolden, United States District Judge. On March 4, 2024, the plaintiff and consol plaintiff filed a motion for settlement. On April 5, 2023, the Court entered an order (Doc. 37) granting motion for settlement (Doc 29.), approving plaintiff's counsel's fees and expenses of $885,000.00, and approving service awards of $2,000.00 for each plaintiff to be paid from counsel's fee and expense amount.

It is therefore ORDERED, ADJUDGED and DECREED that this case is DISMISSED with prejudice and the case is closed.

Dated at New Haven, Connecticut, this 9TH day of April 2024.

Dinah M. Kinney, Clerk

By: /s/ Tatihana Murphy
Tatihana Murphy
Courtroom Deputy

EOD: 4/9/2024